# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| CLARENCE JOHNSON, | Civil No. 17-403 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| SKIL TECH INC, et al, | |
| Defendants. | |

_____

Clarence Johnson, 7100 Columbus Avenue, Richfield, MN 55423, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 6, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to allege any basis for this court's jurisdiction, and for failure to state a claim.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 23, 2017             _____s/John R. Tunheim_____
at Minneapolis, Minnesota.              JOHN R. TUNHEIM
                                                                  Chief Judge
                                           United States District Court